THE PEOPLE ex rel. JOHN COLLER vs. THE BOARD OF SUPERVISORS OF THE COUNTY OF DUTCHESS.

An alternative mandamus allowed to bring up the question, of the legality of the charges of a justice of the peace against a county, for services performed under the law, entitled "of Beggars and Vagrants."—*R. S., part* 10, *tit.* 2, *chap.* 20.

*Motion by relator for a mandamus.*—This was a motion by John Coller, a justice of the peace of Poughkeepsie, Dutchess county, for a mandamus to require the board of supervisors of the county of Dutchess, to audit and allow his account presented to said board at their last annual meeting; for services performed by said justice, for the year preceding the meeting of said board, under and in pursuance of part first, title

second, chapter twentieth of the Revised Statutes, entitled, " Of Beggars and Vagrants." Said board having refused to audit and allow such account. The following is taken from said account, to show the items charged in one case:

" Warrant to arrest Wm. B. Dennis, vagrant,      -      $0 25
Commit. before Ex., 19, order, 19—9 Sub. 54,      -    " 92
6 Wit. Sworn, 36 Commit. after Ex., 25,    -      -    " 61
Record of conviction 75, examination,    -      -      -    1 75"

Robt. Barnard, *Counsel for Relator.*    Robt. Barnard, *Atty for Relator.*

Bronson, Chief Justice.—Allowed an alternative mandamus, to give an opportunity to bring up the question.

Rule accordingly.